IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00206-BNB

KHALIFA IMAM-MUHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

WARDEN WILEY,
A.W. FOX,
U.M. COLLINS,
COUNSELOR KNOX,
CASE M. SUDLOW,
LT. MANLY,
LT. HESS,
C.O. MANSPAKER,
C.O. RAMIRIS,
C.O. MARTIN,
C.O. ESPANOZA,
C.O. WHITTING, and
C.O. PRESTON, Individually and in Their Official Capacity as Employees,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Khalifa Imam-Muhammad Mustafa Abdullah, a federal prisoner currently incarcerated at the United States Penitentiary in Florence, Colorado, initiated this action by filing a *pro se* pleading titled "Writ for Relief, Justice and Due Consideration, Release From Custody." Magistrate Judge Boyd N. Boland entered an order on February 3, 2009, in which he directed the Clerk of the Court to commence a civil action and instructed Plaintiff that he must cure the deficiencies in his pleading by filing his claims on a Court-approved form used in filing prisoner complaints. Plaintiff also was

instructed either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 18 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00206-BNB

Khalifah Imam-Mohammad Mustafa Abdullah
Reg. No. 00115-000
ADX - Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/19/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk